IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 17 cv 7250 |
| NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION (d/b/a METRA), and METRA POLICE OFFICER THOMAS BABUSCH, | ) ) ) ) | Magistrate Judge MASON |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED between the Plaintiff, HAROLD PRICE, and the Defendants, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION (d/b/a METRA), and METRA POLICE OFFICER THOMAS BABUSCH, by their respective attorneys of record, that this matter has been resolved by the parties listed and, therefore, all claims against the defendants should be dismissed without prejudice, automatically converting to a dismissal with prejudice after 45 days, with each party bearing its own costs and attorneys' fees.

Dated: 14 September 2018                Respectfully Submitted,


                                        By:    /s/ Jeanette Samuels
                                                 *Attorney for Plaintiff*

                                        SAMUELS & ASSOCIATES, LTD.
                                        2925 S. Wabash Avenue
                                        Chicago, Illinois 60616
                                        T: (872) 588-8726
                                        F: (872) 444-3011
                                        E: sam@jsamlaw.com